■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD GAMBLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, Peo-*

*ple v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Francis, J.—robbery, second degree.) Present—Denman, J. P., Green, Lawton and Davis, JJ.